# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LEYDI DUENAS-CLAROS,**
Pearsall, STDC
566 Veterans Dr.,
Pearsall, TX, 78061

**L.M.D, a Minor,**
Pearsall, STDC
566 Veterans Dr.,
Pearsall, TX, 78061

**Plaintiffs,**

v.

**U.S IMMIGRATION AND CUSTOMS
ENFORCEMENT ("ICE"),**
500 12th Street SW
Washington, DC 20530;

**U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"),**
245 Murray Lane SW
Mailstop 0485
Washington, DC 20528-0075;

**U.S. CUSTOMS AND BORDER PROTECTION
("CBP"),**
1300 Pennsylvania Ave. NW
Washington, DC 20229;

**U.S. CITIZENSHIP AND IMMIGRATION
SERVICES ("USCIS"),**
20 Massachusetts Avenue NW
Washington, D.C. 20529;

**THOMAS HOMAN, ACTING DIRECTOR OF
ICE,**
500 12th Street SW
Washington, D.C. 20536;

**DANIEL BIBLE, SAN ANTONIO FIELD
OFFICE DIRECTOR, ICE**
San Antonio Field Office
1777 NE Loop 410 Floor 15
San Antonio, TX, 78217

**ANDREW HURON, SAN ANTONIO
ASSISTANT FIELD OFFICE DIRECTOR, ICE**

Case: 1:18−cv−01923
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/15/2018
Description: TRO/PI (D−DECK)

1


RECEIVED
Mail Room

AUG 16 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

San Antonio Field Office
1777 NE Loop 410 Floor 15
San Antonio, TX, 78217;

**RAY CASTRO, WARDEN, SOUTH TEXAS
DETENTION COMPLEX**
South Texas Detention Complex
566 Veteran Drive,
Pearsall, Texas 78061

**KIRSTJEN NIELSEN, SECRETARY OF DHS,**
500 12th Street SW
Washington, DC 20536;

**JEFFERSON BEAUREGARD SESSIONS III,
ATTORNEY GENERAL OF THE UNITED
STATES,**
950 Pennsylvania Avenue NW Washington, D.C.
20530;

**L. FRANCIS CISSNA, DIRECTOR OF USCIS,**
20 Massachusetts Avenue NW
Washington, D.C. 20529;

**KEVIN K. MCALEENAN, ACTING
COMMISSIONER OF CBP,**
1300 Pennsylvania Ave, NW Washington, DC
20229;

**Defendants**.

## DECLARATION OF CLAYTON D. LAFORGE

I, Clayton D. LaForge, do hereby declare:

1.  I am a member of the District of Columbia bar and a partner at the law firm of Latham & Watkins, counsel for Plaintiffs Leydi Duenas-Claros and L.M.D, a minor.

2.  Attached as Exhibit A is a true and correct copy of Declaration of Leydi Duenas-Claros (A 215-587-299) in Support of a Positive Finding of Credible Fear. Plaintiffs' counsel has redacted the names of the minor child pursuant to FED. R. CIV. P. 5.2(a).

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 15th day of August, 2018 in Washington, DC.

    /s/ Clayton D. LaForge    
Clayton D. LaForge

# EXHIBIT A

### Declaration of Leydi Duenas-Claros (A 215-587-299)
### in Support of a Positive Finding of Credible Fear

I, Leydi Duenas-Claros, swear under penalty of perjury that the following statements are true and accurate to the best of my knowledge, recollection and abilities:

1.   My name is Leydi Duenas-Claros. I was born in El Salvador on May 9, 1988. I have five children, the youngest of which is 11 months old. Her name is L███ M████ D███.

2.   I left my country because I am scared that gang members will kill my family and me. My sister's husband, Juan Mauricio Martinez ("Juan"), is a member of MS13 and has made numerous threats on my family and me. I know he is a member of MS13 based on his tattoos. His friend drives a stolen van for the purpose of picking up kids to force them into the gang.

3.   I am very afraid of Juan. He was an adult when he started a relationship with my sister who was 14 years old. He raped me when I was only 12 years old. He has also inflicted physical violence on my family; he hit my father. Three months ago, he hit my five-year-old son. He will not let my sister visit or talk to us even though we are neighbors in El Salvador.  My mom would often take my sister away from him but he would always find her. One evening Juan told me that I would not wake up alive.

4.   I left El Salvador because of problems with Juan. I first came to the United States in or about 2003. My mom could not afford to bring us, but my friend offered for me to come with her. We were brought by a coyote and lived in an apartment in Houston, Texas, rented by a man who said we had to work at a cantina next to a restaurant called El Cuco. My job was to drink and go home with men at the end of the night.

5.   I worked at the cantina for about three years. One day in or around 2006, the police showed up with helicopters. I was afraid of what the police might do so I ran away and went to a friend's house. I stayed with this friend for about six months until I heard that the police were looking for me and the other girls. I then left to go back to El Salvador, where I stayed for about nine months. During that time, I became pregnant with my first daughter. Juan's threats also continued.

6.   I returned to the United States while I was pregnant. I was kidnapped for four months in Mexico and I was later found by U.S. immigration agents in 2008. After my release, I went back to Houston and met a man by the name of William Alvarez who severely mistreated me and my daughters.  In 2010, horrible events in my life continued when a man by the name of Antonio Mejia raped my daughters.  I called the police, but they never found him.

7.   In 2011, William Alvarez ("William") and I had a daughter.  William's abuse was so bad that one day my friend called the police. William was arrested for attempted murder after a helicopter chase. He was deported shortly thereafter. After this I worked as a waitress in Houston and tried to live a normal life. I started seeing a man from Honduras by the name of Selvin Martinez. I had three children with Selvin and we lived together with our family. Selvin is L███'s father.

8.    In October 2017, tragedy struck when a fire broke out in our home. I was cooking chicken at the time when hot oil suddenly exploded, hitting a circuit and causing a major fire in our home.  When I saw the fire, I grabbed my children and took off running. Our neighbor called 911. Our kitchen and living room were destroyed, forcing us to live in a hotel. The hotel was too expensive so we sometimes slept in Selvin's car. We then rented an apartment for a short period of time but I do not think the owners wanted us there. They sold the unit shortly after we started renting it and we were forced to leave.

9.    I next went to Honduras in November 2017 with my children. Honduras was very dangerous, so we went to El Salvador, but had more problems with Juan. I also received threats from the son of Antonio Mejia, the man who had raped my daughters in Houston. It was not safe in El Salvador so I left on May 26, 2018, a day after my eldest children left for the United States.  I brought my youngest child with me because she was still breastfeeding.

10.    There is nowhere I can return to in El Salvador that is safe. I know Juan will try to find me and my family if I return. Selvin is still in Phoenix where he is working and sending money for the children. While he wants our children back in Phoenix, he does not have the resources or ability to care for them on his own. My youngest children are currently living with a caregiver, who really cannot care for them as she is currently battling cancer and does not have the necessary resources. I am so afraid that my children will end up separated and in foster care.

11.    Three months ago, Juan was in jail for two weeks. While he was in jail, my sister went to the prosecutor. Juan has friends in the police and has said that if we file a complaint his friends will tell him it was us. When Juan was released, he made a threat on my sister's life as well as my family's. This is why we cannot go to the police for protection and why we have actually been threatened based on our opposition to gang activity that the police will not prevent.

12.    When I had my recent immigration interview, I did not tell the Asylum Officer my entire story. I had been separated from L███ at the border and was worried about her. I also did not speak about Juan out of fear for myself and my family. I did not know I had to tell my entire story and was too scared to do so at the time. When I had my recent interview, I only told the Asylum Officer about the man who raped my daughters. I was too afraid to talk about anything else, believing that doing so would only lead to more danger to my family. I also did not speak about my time in Houston as a victim of sex trafficking which is a very painful memory for me.

Date: July 29, 2018

Leydi Duenas-Claros