UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEYDI DUENAS-CLAROS and L.M.D, a Minor,, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 18-1923 (PLF) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

The Parties respectfully submit this status report to update the Court as follows.

1. Plaintiff, Leydi Duenas-Claros, was scheduled to be removed from the United States at 7:15 a.m. CST on Thursday, August 16, 2018, without her claimed child, L.M.D.

2. Following the filing of the temporary restraining order request on August 15, 2018, Plaintiff was withheld from removal on August 16, 2018.

3. On August 20, 2018, Plaintiff had an administrative rehearing on credible fear. She was found to have a credible fear of persecution.

4. Consequently, Plaintiff's removal is ostensibly stayed pending resolution of her asylum claim, and the United States is presently considering parole pending resolution of her asylum hearing.

5. The Parties are attempting to resolve this issue without the need for further judicial involvement and are doing so in good faith. The Parties will update the court as soon as possible with meaningful developments.

6. In light of the Parties' ongoing efforts and Plaintiff's pending asylum claim, Plaintiff does not request oral argument or immediate relief and intends to amend her pleadings.

August 21, 2018

Respectfully submitted,

/s/Claudia O'Brien
Claudia O'Brien, DC Bar No. 447354
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
claudia.o'brien@lw.com

*Attorneys for Plaintiffs*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:   /s/   Damon W. Taaffe
DAMON W. TAAFFE, D.C. Bar # 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On August 21, 2018, I certify the foregoing document was filed with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Claudia O'Brien
Claudia O'Brien, DC Bar No. 447354
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
claudia.o'brien@lw.com

*Attorneys for Plaintiffs*