UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEYDI DUENAS-CLAROS and L.M.D, a Minor,**<br><br>**Plaintiffs**,<br><br>v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.,**<br><br>**Defendants**. | Case No. 1:18-cv-01923-PLF<br>Hon. Paul L. Friedman |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the above-captioned action, *Leydi Duenas-Claros et al. v. U.S. Immigration and Customs Enforcement et al.*, 1:18-cv-01923-PLF, without prejudice by filing this Notice of Dismissal with the Clerk of the Court before service of an answer or a motion for summary judgment in this matter.

September 10, 2018

Respectfully submitted,

*/s/Claudia O'Brien*
Claudia O'Brien, DC Bar No. 447354
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
claudia.o'brien@lw.com

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

On September 10, 2018, I certify the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Claudia O'Brien
Claudia O'Brien, DC Bar No. 447354
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
claudia.o'brien@lw.com

*Attorneys for Plaintiffs*